IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| BLUE QUAIL LTD. | ) | CASE NO. 15-14252 SAH |
| | ) | CHAPTER 7 |
| DEBTOR | ) | |

NOTICE OF CONTINUANCE OF MEETING OF CREDITORS
FOR CHAPTER 7 BANKRUPTCY DEBTOR BLUE QUAIL LTD.

Notice is hereby given that Debtor's Meeting of Creditors (Section 341 Hearing) has been continued to January 27, 2016, at 2:00 p.m. The location shall be Room 113, United States Bankruptcy Court, 215 Dean A. McGee, Oklahoma City, OK 73102.

Respectfully submitted:

S/ Mike Rose
Mike Rose, OBA No. 15523
MICHAEL J ROSE, PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
mrose@coxinet.net
ATTORNEY FOR DEBTOR

CERTIFICATE OF SERVICE

Undersigned further certifies that on 1-13-16, the foregoing document was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

All creditors on the attached mailing matrix

s/ MIKE ROSE
Mike Rose

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 15-14252<br>Western District of Oklahoma<br>Oklahoma City<br>Wed Jan 13 13:09:04 CST 2016 | Blue Quail Ltd.<br>PO Box 660<br>Wellston, OK 74881-0660 | Consolidated Oil Well Services, LLC<br>1322 South Grant<br>Chanute, KS 66720-2854 |
| USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | ADA Energy Services LLC<br>611 W Northwest Highway<br>Suite C-256<br>Dallas TX 75225 | Allstates Production Equipment Co INC<br>PO Box 95287<br>Oklahoma City OK 73143-5287 |
| Arrow Pump and Supply<br>PO Drawer 1070<br>Seminole OK 74818-1070 | B Line Trucking Inc<br>PO Box 854<br>Perry OK 73077-0854 | BFD<br>PO Box 3506<br>Enid OK 73702-3506 |
| Baker Hughes<br>PO Box 301057<br>Dallas TX 75303-1057 | Basic Energy Services<br>PO Box 841903<br>Dallas TX 75284-1903 | Blankenship Service Co<br>PO Box 589<br>Lindsay OK 73052-0589 |
| Bo Ferrell<br>207 Central Street<br>Burlington OK 73722-4623 | Bob Williams<br>907 NW Arlington Ave.<br>Lawton OK 73507 | C & J Trucks Inc<br>3416 Hwy 99N<br>Seminole OK 74868-5406 |
| CWS Wireline LLC<br>PO Box 340<br>Dover OK 73734-0340 | Carl Adam Doverspike<br>100 West 5th Street<br>Suite 100<br>Tulsa OK 74103-4279 | Carolyn Ratzlaff Trust<br>8010 N 30th<br>Enid OK 73701-6801 |
| Charles L Helm PC<br>Hightower Building<br>105 North Hudson<br>Oklahoma City OK 73102-4814 | Circulation Solutions LLC<br>1713 McNaughtin Way<br>Spencer IA 51301-2835 | Clark Zimmermann<br>C/O Doverspike, Adam Carl<br>100 WEST 5TH STREET<br>SUITE 1100<br>Tulsa OK 74103-4217 |
| Consolidated Oil Well Services<br>PO Box 4346<br>Dept 970<br>Houston TX 77210-4346 | Cowboy Pumping Unit Sales<br>PO Box 698<br>Hennessey OK 73742-0698 | Cynthia Jansky<br>1713 Charleston Dr<br>Garland TX 75041-4940 |
| D. Graydon Luthey Jr.<br>Gable & Gotwals<br>1100 OneOK Plaza<br>100 West Fifth<br>Tulsa OK 74103-4279 | Darryl and Brenda Barthelemy<br>20003 Pine Wood<br>Humble TX 77346 | Dayton E Zimmermann<br>3443 Park Royal Lane<br>Kingwood TX 77339-2614 |
| Dean Luthey<br>Gable Gotwals<br>1100 ONEOK Plaza<br>100 W 5th St<br>Tulsa OK 74103-4279 | Dr Vinh Nguyen<br>3305 Bonnie Road<br>Austin TX 78703-2705 | Dusty Donley<br>PO Box 6<br>Mooreland OK 73852-0006 |

Ed Kaiser
6517 NW 116th St
Oklahoma City OK 73162-2936

Energy Lease Brokerage Inc.
PO Box 1950
Seminole OK 74818-1950

Erick Flowback Services LLC
PO Box 576
Erick OK 73645-0576

First Oilfield Supply LLC
PO Box 4470
Tulsa OK 74159-0470

Fletcher Lewis Engineering Inc.
Penn Park Office Center
5001 N Pennsylvania #300
Oklahoma City OK 73112-8883

Fluid Levels & Dynometers Inc.
4832 Park Vista Drive
Oklahoma City OK 73115-4608

Fred's Rat Hole Services Inc.
PO Box 741
Lindsay OK 73052-0741

Got Rate Energy
PO Box 424
Quitman AR 72131-0424

Graco Oilfield Services
PO Box 677630
Dallas TX 75267-7630

Great White
PO Box 123307
Dept 3307
Dallas TX 75312-3307

Halliburton Energy Services Inc.
PO Box 301341
Dallas TX 75303-1341

Helm & Boone
105 N Hudson Ave # 700
Oklahoma City OK 73102-4806

Hiller
704 S Ohio
Cherokee OK 73728-3035

Horizon Well Testing
PO Box 1469
McAlester OK 74502-1469

Horn Equipment Company
PO Box 6145
Moore OK 73153-0145

Hotco
PO Box 1603
Cushing OK 74023-1603

Hough Haulin Inc
PO Box 1186
Cushing OK 74023-1186

Hughes Disposal
PO Box 1068
Holdenville OK 74848-1068

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

(c)IRBY
1700 S I 35 SERVICE RD
OKLAHOMA CITY OK  73129-6134

J-W Wireline Company
15201 NW 34th St
Yukon OK 73099-3712

JL Meibergen II
2 Peeble Dr
Enid OK 73703-5065

Jack's Flex Pipe LLC
PO Box 71
Konawa OK 74849-0071

Jackson Electrical Construction LLC
POB 660
Wellston OK 74881-0660

Jackson Electrical Construction LLC
Rr 2 Box 201j
Wellston OK 74881

James Arnold
PO Box 518
Allen OK 74825-0518

Jeff Bruegon
1600 Rim Road
Edmond OK 73013

Jim's Portable Toilet Service
18706 Coker Road
Shawnee OK 74801-8758

John Crane Production Solutions
204 N Falcon Drive
Oklahoma City OK 73127-7210

John and Wendy Rodriguez
6205 Ponderosa Street
Colleyville TX 76034-6012

Johnston & McMains PC
PO Box 1641
Seminole OK 74818-1641

Kaiser Geo Exploration LLC
6517 Northwest 116th Street
Oklahoma City OK 73162-2936

Kersey Consulting
17502 S Rock Creek Road
Shawnee OK 74801-9542

Kinder Dozer
PO Box 249
Carney OK 74832-0249

Kwick Rentals LLC
1120 40th St
Woodward OK 73801-1702

L Jackson Construction Services & Rental
1499 Sandy Lane
Chandler OK 74834-9207

L&M Associates
209 Brynwood Lane
Sanford FL 32771-9711

Landmark Energy LLC
PO Box 1672
Seminole OK 74818-1672

Levinson Smith & Huffman PC
1743 East 71st St
Tulsa OK 74136-5108

Lincoln Transportation Inc
PO Box 579
Stroud OK 74079-0579

M&M Supply
PO Box 870164
Kansas City MO 64187-0164

M&N Investments
Mike Wolfe and Newman Wolfe
PO Box 119
Blue Ridge TX 75424-0119

M&P Tucker
3408 Stratford Hills Lane
Austin TX 78746-4687

MOG
PO Box 6615
Norman OK 73070-6615

Mahaffey & Gore PC
300 NE First
Oklahoma City OK 73104-4004

Mark Cranis
The MC LLC
12305 Sundera Dr.
Austin TX 78739-1960

Mark and Kay Harsha
6324 Old Harwick
Oklahoma City OK 73162-3230

Marvin D and/or Patricia D Wyatt
4511 SW Baseline Rd
Lawton OK 73505-0871

Maverick Energy Services
225 Kingsberry Rd
Box 2
Holdenville OK 74848-9201

Maverick Pumping Service LLC
PO Box 2
Holdenville OK 74848-0002

McNeil Well Services LLC
PO Box 110
Cushing OK 74023-0110

Michael J Tucker
2914 Glade Spring Lane
Orangefield TX 77639

Michael J Tuker
2914 Glade Spring Lane
Dickinson TX 77539-4199

Micky and Sheila Ferrell
34310 CR 600
Cherokee OK 73728-7046

Mike Moyer
8249 NW Oakwood Dr.
Ankeny IA 50023-9518

NACM Southwest
751 Plaza Blvd.
Coppell TX 75019-6691

National Petrochem
PO Box 1602
Ada OK 74821-1602

Nick Hayes
5611 N Mueller
Bethany OK 73008-2144

ORR Exploration
Bill Orr
3360 Stoneridge Rd #A101
Austin TX 78746

Oklahoma Employment Security Commission
PO Box 53039
Oklahoma City, OK 73152-3039

| | | |
|---|---|---|
| Oklahoma Sub-Surface Pump & Supply<br>PO Box 2248<br>Seminole OK 74818-2248 | Oklahoma Tax Commission<br>Attn: Bankruptcy Division<br>120 N Robinson Ste 2000<br>Oklahoma City OK 73102-7471 | Oklahoma Tool Company<br>PO Box 505<br>Cleveland OK 74020-0505 |
| P Thomas Nelson<br>4704 N Grand Blvd.<br>Oklahoma City OK 73112-5936 | Paul A Tuker<br>12906 Kimberly<br>Houston TX 77079-6110 | Phillips & Murray PC<br>101 North Robinson<br>Corporate Tower, 13th Floor<br>Oklahoma City OK 73102-5504 |
| Proaction Electrical Services<br>PO Box 550<br>Arcadia OK 73007-0550 | Pumping Unit Services Inc.<br>PO Box 712<br>Lindsay OK 73052-0712 | Quest IRA<br>FBO Clark Zimmermann<br>17171 Park Row, Suite 100<br>Houston TX 77084-4935 |
| RK Oilfield Services<br>1004 W Hartford<br>Ponca City OK 74601-1104 | Ramco<br>14203 SE29th<br>Choctaw OK 73020 | Richard P Moynihan Trust<br>9505 Northpointe Blvd<br>#2031<br>Spring TX 77379-3527 |
| Robert Tyburski<br>1804 NE 29th St.<br>Lawton OK 73507-3316 | Ronnie Allison Sales and Equipment<br>35464 EW 1250<br>Seminole OK 74868-5865 | Sam's Packer & Supply<br>PO Box 691747<br>Houston TX 77269-1747 |
| Scientific Environmental<br>C/O Inslee T Bennett<br>New Horizon Law<br>609 S Kelly Ave. Suite H-2<br>Edmond OK 73003-7502 | Scott and/or Mona Getz<br>18419 Bison Back Dr.<br>Humble TX 77346-3094 | Sharpshooters Inc.<br>12698 State Highway 3W<br>Ada OK 74820-1708 |
| Sherwin Ratzlaff and/or<br>Carolyn Ratzlaff Trust<br>8010 N 30th<br>Enid OK 73701-6801 | Simmons Machine Work<br>PO Box 1646<br>Woodward OK 73802-1646 | Solar- Cobra Industrial Services<br>16915 Starboard View Drive<br>Friendswood TX 77546-2389 |
| Steve Hiller<br>BAC Inv. LLC<br>Cherokee OK 73728 | Stimulation Pumping Services<br>PO Box 758<br>Blackwell OK 74631-0758 | T. Keith and Tricia Covel<br>5722 Huettner Ct.<br>Norman OK 73069 |
| Tiger Trucks Inc.<br>PO Box 270<br>Seminole OK 74818-0270 | Titan Well Service<br>PO Box 340<br>Dover OK 73734-0340 | Topographic<br>6709 N Classen Blvd.<br>Oklahoma City OK 73116-7397 |
| Torchlight Energy<br>5700 W Plano Parkway<br>Suite 3600<br>Plano TX 75093-2455 | Tucker Energy Services<br>12607 E 60th St<br>Tulsa OK 74146-6910 | U.S. Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3444 |

```
Waffle Planet                      Walker Brothers Drilling Company    Well Enhancement Services
PO Box 5821                        C/O Turner, Andrew Roland            PO Box 87
Enid OK 73702-5821                 CONNER & WINTERS LLP                 Schoenchen KS 67667-0087
                                   4000 ONE WILLIAMS CENTER
                                   Tulsa OK 74172-0148


West Perkins Commercial Disposal   Whitnah Construction Company         Young Tool Company
PO Box 523                         PO Box 535                           PO Box 1122
Perkins OK 74059-0523              Wellston OK 74881-0535               Drumright OK 74030-1122



Zedi US Inc.                       L. Win Holbrook                      Mike J. Rose
1409 S Main St                     Andrews Davis                        4101 Perimeter Center Drive
Sapulpa OK 74066-5545              100 North Broadway Suite 3300        Suite 120
                                   Oklahoma City, OK 73102-8831         Oklahoma City, OK 73112-2309
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service
PO Box 745
District Director
Chicago IL 60690
```

         Addresses marked (c) above for the following entity/entities were corrected
                as required by the USPS Locatable Address Conversion System (LACS).

```
Irby
1700 S. Prospect Avenue
Oklahoma City OK 73129
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Cynthia Jansky                  End of Label Matrix
1713 Charleston Dr.                Mailable recipients   128
Garland TX 75041-4940              Bypassed recipients     1
                                   Total                 129
```